TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN


═══════════════
NO. 03-05-00786-CV
═══════════════


Emory B. Perry, James R. Palmersheim, Thomas Palmersheim, John Kee, David J.
Herbert, Paul Bowman, John Chambers, Bradley P. Nordgren, Craig S.
Nordgren, Rex Madion, William J. Drasky, Samantha Paulson,
Kenneth Paulson, and Fred Ananian, Appellants

v.

Darryl R. Cohen, Andrew M. Brown, Jenkins & Gilchrist Parker Chapin L.L.P.
and Jenkins & Gilchrist, P.C., Appellees


═════════════════════════════════════════════════════════════════
FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. GN403943, HONORABLE PAUL DAVIS, JUDGE PRESIDING
═════════════════════════════════════════════════════════════════


O R D E R


                        Appellants Emory B. Perry, et al., appeal from a judgment dated November 22, 2005,
but file a motion to abate this appeal until “such time the claims against Blackhills [one of the
defendants] are resolved at the trial court level.” Based on the record before us, we deny the motion
to abate.
 
                                                                        __________________________________________
                                                                        Jan P. Patterson, Justice
Before Chief Justice Law, Justices Patterson and Pemberton
Filed: March 15, 2006